# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WENDELL LONG** <br> *Petitioner-pro se* <br><br> v. <br><br> **PENNSYLVANIA BOARD OF PROBATION AND PAROLE,** *et al.* <br> *Respondents* | **CIVIL ACTION** <br><br> NO. 14-4171 |

## ORDER

**AND NOW**, this 9th day of August 2017, upon consideration of the pleadings and record herein, and after careful and independent review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells, [ECF 10], and Petitioner's objections thereto, [ECF 11], it is hereby **ORDERED**, consistent with the accompanying Memorandum Opinion, that:

1. The Petitioner's objections to the Report and Recommendation are **OVERRULED**;

2. The Report and Recommendation is **APPROVED** and **ADOPTED**, except for the recommendation to transfer this matter to the United States Court of Appeals for the Third Circuit;

3. The petition for writ of *habeas corpus* is **DISMISSED** pursuant to 28 U.S.C. §2244(b)(1)-(2); and

4. No probable cause exists to issue a certificate of appealability.

BY THE COURT:

/s/ Nitza I. Quiñones Alejandro
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*